UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

REAL PROPERTY AT 1920 APPLE DRIVE

       Defendant.

_____/

No. C 12-0159 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

     Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's motion for default judgment.

     The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated:  May 17, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

cc:  Lili, Assigned M/J