MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA B. KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile:   415.436.7234
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>REAL PROPERTY LOCATED AT<br>1920 APPLE DRIVE, CONCORD,<br>CALIFORNIA (APN 147-094-009),<br><br>            Defendant. | No. 12-CV-00159 PJH<br><br>NOTICE OF FILING OF<br>DOCUMENT RECEIVED<br>FROM ALEXANDRE PINHEIRO |

UPON CONSIDERATION OF the government's June 22, 2012 submission and the submission of Alexandre Pinheiro served on the government on June 7, 2012, it is by the Court on this __28__ day of June, 2012,

ORDERED that Alexandre Pinheiro has 30 days from the date of this order to file a motion, based on good cause shown, for an extension of time to file a verified claim and an answer to the complaint for forfeiture; and it is further

ORDERED that the July 5, 2012 hearing on the government's motion for a default judgment be, and hereby is, temporarily taken off calendar.

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*