UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

REAL PROPERTY AT 1920 APPLE DRIVE, CONCORD, CA,

    Defendant
_____/

No. C 12-0159 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    The court having ordered on June 28, 2012 that the motion of plaintiff United States of America for default judgment be taken off calendar to allow potential claimant Alexandre Pinheiro ("Pinheiro") the opportunity to file a motion for an extension of time to file a verified claim and an answer to the complaint for forfeiture, and plaintiff having served the order on Pinheiro on July 19, 2012, and Pinheiro having failed to file a motion as directed,

    This matter is hereby re-referred to Magistrate Judge Kandis A. Westmore to be placed back on her calendar for a report and recommendation on plaintiff's motion for default judgment.

    The parties will be advised of the date, time and place of any appearance by notice from Judge Westmore.

**IT IS SO ORDERED.**

Dated: November 2, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J