UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 1920 APPLE DRIVE, CONCORD, CALIFORNIA (APN 147-094-009),<br><br>        Defendant. | Case No.: CV 12-00159-PJH (KAW)<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO REMOVE MOTION FROM CALENDAR |

Plaintiff's request to take the December 20, 2012 hearing on its Motion for Default Judgment off-calendar and take it under submission on the papers is DENIED. The hearing shall proceed as scheduled.

IT IS SO ORDERED.

Dated: December 17, 2012

_____
KANDIS A. WESTMORE
United States Magistrate Judge